**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James Andrew COLBERT and Michael
Beryl Reese, Defendants-Appellants.**

**No. 71-2097.**

United States Court of Appeals,
Fifth Circuit.

June 1, 1972.

Rehearing En Banc Granted
June 1, 1972.

Jack Drake, Drake & Knowles, University, Ala., for defendants-appellants.

Wayman G. Sherrer, U. S. Atty., Melton Alexander, L. Scott Atkins, John S. Salter, Asst. U. S. Attys., Birmingham, Ala., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and TUTTLE, WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

BY THE COURT:

The Court on its own motion having determined to have this case, 454 F.2d 801, reheard en banc,

It is ordered that this cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

On Court's Motion

Before BROWN, Chief Judge, TUTTLE, WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

BY THE COURT:

The Court on its own motion having determined to have this case reheard en banc,

It is ordered that this cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

**Leslie H. BAKER, Jr., Plaintiff-Appellant,**

v.

**DISTRICT DIRECTOR OF INTERNAL
REVENUE et al., Defendants-
Appellees.**

**No. 72-1988
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Oct. 10, 1972.

Appeal from the United States District Court for the Northern District of Texas; Leo Brewster, Chief Judge.

Leslie H. Baker, Jr., pro se.

Scott P. Crampton, Asst. Atty. Gen., Gilbert E. Andrews, Jr., Meyer Rothwacks, Attys., Tax Div., Dept. of Justice, Washington, D. C., Eldon B. Mahon, U. S. Atty., William L. Johnson, Jr., Asst. U. S. Atty., Fort Worth, Tex., for defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and GOLDBERG and MORGAN, Circuit Judges.

PER CURIAM:

We conclude that the judgment of the district court in this matter is correct. See Leslie H. Baker, Jr. v. District Director of Internal Revenue, N.D.Tex. 1972, 348 F.Supp. 524.

Affirmed.

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.